IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LISA RYAN MURPHY                                                                                   PETITIONER
ADC #760343

v.                                            4:20-cv-01467-JM-JJV

DEXTER PAYNE, Director,
Arkansas Division of Correction                                                                   RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Ms. Murphy's "Emergency Motion for Immediate Reduction of Sentence 'Compassionate Release'" (Doc. No. 2) is DISMISSED with prejudice and the requested relief is DENIED.

2. A certificate of appealability will not be issued.

Dated this 8th day of March, 2021.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE