IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LISA RYAN MURPHY                                                                           PETITIONER
ADC #760343

v.                                    4:20-cv-01467-JM-JJV

DEXTER PAYNE, Director,
Arkansas Division of Correction                                                            RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

Dated this 8th day of March, 2021.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE